151 F.3d 1025
 46 ERC 1883
 Joshua Hill, Inc., Debtor, Joshua Hill, Inc., Marc A. Zaid
v.
Whitemarsh Township Authority, William J. Carmint, Gordon K.
Palmer, Richard M. Lam, Christian K. Wagner, as Members of
Whitemarsh Township Authority Board, Whitemarsh Township, R.
Bruce Ferguson, Maryellen Antal, John S. Gabel, Robert
Wiser, Chuck Pellegrini, as Current Members of Whitemarsh
Townaship Board of Supervisors
 NO. 97-1588
 United States Court of Appeals,
Third Circuit.
 April 28, 1998
 
 1
 Appeal From: E.D.Pa. ,No.96cv5648 , 199 B.R. 298
 
 
 2
 Affirmed in part, Reversed in part.